IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

SHAWALTO WATTS,                     :
                                    :
        Plaintiff,                  :      CIVIL ACTION 10-0384-WS-M
                                    :
v.                                  :
                                    :
DALLAS COUNTY JAIL, et al.,         :
                                    :
        Defendants.

ORDER

    After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

    DONE this 21st day of October, 2011.


                           s/WILLIAM H. STEELE
                           CHIEF UNITED STATES DISTRICT JUDGE