```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

SHAWALTO WATTS,                  :
                                 :
    Plaintiff,               :     CIVIL ACTION 10-0384-WS-M
                                 :
v.                               :
                                 :
DALLAS COUNTY JAIL, et al.,      :
                                 :
    Defendants.              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Defendants.

DONE this 21st day of October, 2011.

                                               s/WILLIAM H. STEELE
                                               CHIEF UNITED STATES DISTRICT JUDGE